IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JARRETT M. JAMES,

    Petitioner,

v.

DARREN ZIMMERMAN, sued in his official and individual capacity, CRAIG FAGA, sued in his official and individual capacity, DAVID HASELOW, sued in his official and individual capacity, MARK WALTHER, sued in his official and individual capacity, and LESTOR MOORE, sued in his official and individual capacity,

    Respondents.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-415-bbc

DOCKET# _____
U.S. DISTRICT COURT
WEST DIST. OF WISCONSIN

AUG 2 1 2008

FILED
THERESA M. OWENS, CLERK
CASE# _____

    This action came for consideration before the court with Barbara B. Crabb District Judge presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that Petitioner's request for leave to proceed in forma pauperis on his claims that Respondents' actions during the investigation and prosecution of Petitioner for a bank robbery led to his wrongful conviction for the robbery is DENIED without prejudice.

By: *L. Jensen, Deputy Clerk*
Joel Turner, Acting Clerk of Court

AUG 2 1 2008
Date